■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [742 NYS2d 853] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered December 2, 1999, convicting him of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly rejected, without a hearing, the defendant's request for disclosure of the redacted portions of the search warrant and supporting documents. The information given to the defendant provided him with a sufficient basis upon which to challenge the warrant as not supported by probable cause (*see People v Peterson,* 266 AD2d 480). Florio, J.P., Friedmann, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DAVIS, Appellant. [742 NYS2d 863] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 8, 1999 (*People v Davis,* 258 AD2d 528), affirming a judgment of the County Court, Nassau County, rendered November 19, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Altman, S. Miller and Luciano, JJ., concur.